UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 13-0956-AG(CWx)<br>SACV 15-1279-AG(CWx) | Date | March 21, 2016 |
| Title | STATE COMPENSATION INSURANCE FUND v MICHAEL D DROBOT, SR, ET AL<br>STATE COMPENSATION INSURANCE FUND v DANIEL CAPEN, ET AL | | |

| | |
|---|---|
| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
| Lisa Bredahl | Miriam Baird |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brian Hennigan<br>Alison Plessman, Michael Behrens | Adam Braun, Christopher Farnsworth,<br>Dawn Coulson, Donald Norris,<br>Kristen Tuey, M Cris Armenta,<br>Manuel Abascal, Marc Indeglia,<br>Mario Alfaro, Jason Armstrong PHV,<br>Steven Goldsobel, Stefan Perovich,<br>Samuel Kessal Jr |

**Proceedings:** MOTION BY LOKESH TANTUWAYA, MD TO DISQUALIFY COUNSEL FOR PLAINTIFF STATE COMPENSATION INSURANCE FUND [DKT 992]

Cause is called for hearing and counsel make their appearances. Matter is argued. The Court GRANTS the motion and finds that Hueston Hennigan cannot represent the plaintiffs in these matters. A separate minute order re disqualification to issue.

All counsel are ordered to attend a global settlement meeting by April 29, 2016 and shall inform the Court of the outcome of that meeting by May 2, 2016.

Plaintiff shall hire new counsel for the settlement meeting, however counsel need not be the trial counsel for this matter. The attorneys at Hueston Hennigan may advise the new counsel for the settlement meeting.

All hearing dates are ordered VACATED. A Status/Scheduling Conference is set for May 9, 2016 at 9:00 a.m.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 13-0956-AG(CWx)                         Date   March 21, 2016
           SACV 15-1279-AG(CWx)

Title      STATE COMPENSATION INSURANCE FUND v MICHAEL D DROBOT, SR, ET AL
           STATE COMPENSATION INSURANCE FUND v DANIEL CAPEN, ET AL

                                                    1    :    35

                              Initials of Preparer   lmb