MANATT, PHELPS & PHILLIPS, LLP
Kenneth B. Julian (CA Bar No. 149840)
kjulian@manatt.com
Lillian Chu (CA Bar No. 279095)
lchu@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Telephone: (714) 371-2500 / Facsimile: (714) 371-2550

*Counsel for Plaintiff*
STATE COMPENSATION INSURANCE FUND, a Public Enterprise Fund and Independent Agency of the State of California

STATE COMPENSATION INSURANCE FUND
Linda S. Platisha (CA Bar No. 195281)
lsplatisha@scif.com
Gina Marie Ong (CA Bar No. 204137)
gmong@scif.com
1750 E. Fourth Street, 5th Floor
Santa Ana, CA 92705
Telephone: (714) 347-6130 / Facsimile: (714) 347-6145

*Counsel for Plaintiff*
STATE COMPENSATION INSURANCE FUND, a Public Enterprise Fund and Independent Agency of the State of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND, a Public Enterprise Fund and Independent Agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CAPEN, an individual, *et al.*,<br><br>Defendants. | Case No. 8:15−cv−01279 AG(JCGx)<br><br>Honorable Andrew J. Guilford<br><br>**REPORT OF SETTLEMENT BETWEEN PLAINTIFF STATE COMPENSATION INSURANCE FUND AND DEFENDANT ROGER SHORTZ**<br><br>[Pursuant to Local Rule 16-15.7] |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

**REPORT OF SETTLEMENT BETWEEN STATE FUND AND SHORTZ**

**TO THE HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**:

Plaintiff State Compensation Insurance Fund ("State Fund") respectfully submits this Report of Settlement pursuant to Local Rule 16-15.7.

State Fund and Defendant Roger Shortz have reached a settlement. State Fund and Defendant Shortz have agreed that, with the Court's permission, this case is stayed as to Defendant Shortz pending a joint stipulation of dismissal. Upon completion of the terms of the settlement, State Fund and Defendant Shortz will file a stipulation of dismissal as to Defendant Shortz.

Dated: July 1, 2016

    Respectfully submitted,

    MANATT, PHELPS & PHILLIPS, LLP

    By: /s/ Kenneth B. Julian
    Kenneth B. Julian
    *Attorneys for Plaintiff*
    STATE COMPENSATION INSURANCE FUND

317228959.1