Andrew P.P. Dunk III (CA Bar No. 134975)
APDunkIII@scif.com
Linda S. Platisha (CA Bar No. 195281)
LSPlatisha@scif.com
Gina Marie Ong (CA Bar No. 204137)
gmong@scif.com
STATE COMPENSATION INSURANCE FUND
1750 E. Fourth Street, Fifth Floor
Santa Ana, CA 92705
Tel: 714-347-6130 / Fax: 714-347-6145

*Attorneys for Plaintiff*
STATE COMPENSATION INSURANCE FUND, a Public Enterprise Fund and Independent Agency of the State of California

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND, a Public Enterprise Fund and Independent Agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CAPEN. an individual, *et al.*,<br><br>Defendants. | Case No.8:15-cv-01279 AG(JCGx)<br><br>Honorable Andrew J. Guilford<br><br>**REPORT OF SETTLEMENT BETWEEN PLAINTIFF STATE COMPENSATION INSURANCE FUND AND DEFENDANTS RUSSELL NELSON, MD AND RUSSELL SPINE INSTITUTE, INC.**<br><br>[Pursuant to Local Rule 16-15.7] |

**TO THE HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE:**

Plaintiff State Compensation Insurance Fund ("State Fund") respectfully submits this Report of Settlement pursuant to Local Rule 16-15.7.

State Fund and Defendants Russell Nelson, MD and Russell Spine Institute, Inc. have reached a settlement. This settlement is contingent on a good faith settlement determination by the Court. State Fund and Defendants have agreed that, with the Court's permission, this case is stayed as to Defendant Russell Nelson, MD and Russell Spine Institute, Inc. pending outcome of the good faith settlement determination, the application for which is forthcoming.

Dated: July 19, 2016

                Respectfully submitted.
                STATE COMPENSATION INSURANCE FUND

                By: /s/Linda Platisha
                     Linda Platisha
                     Attorneys for Plaintiff
                     State Compensation Insurance Fund